# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                            **Case No. 6:07-cr-107-Orl-28UAM**

**RICARDO ENRIQUE PERLAZA**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | H. Kyle Fletcher |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | David J. Salce |
| **DATE/TIME:** | March 21, 2008 1:30-2:20 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the First Superseding Information.

Government's witness Karl Weiss.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 981) -   Granted.

IMPRISONMENT:    37 Months.

Court Recommends:    That defendant be incarcerated in a facility within the State of Florida and that defendant be screened for a Boot Camp Program.

Supervised Release:    3 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:    Perform 150 hours in lieu of paying a fine.

    Cooperate in the collection of DNA, as directed by the probation officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

DISMISSED COUNTS:    Original Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.